**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 08-30350 & 08-30351 |
| Plaintiff - Appellee, | D.C. Nos. 3:06-cr-05351-RBL |
| v. | 2:08-cr-00130-RBL |
| LAURO AGUILAR-CANCHE, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted December 15, 2009[**]

Before:      GOODWIN, WALLACE, and FISHER, Circuit Judges.

In these consolidated appeals, Lauro Aguilar-Canche appeals from the 60-

month sentence and the 120-month consecutive sentence imposed following his

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

guilty-plea conviction for various drug offenses, in violation of 21 U.S.C.

§ 841(a)(1), (b)(1)(A), and (b)(1)(B). We have jurisdiction pursuant to 28 U.S.C.

§ 1291, and we affirm.

Aguilar-Canche contends that the district court erred by placing undue

emphasis on his alleged involvement in a tobacco smuggling scheme while he was

detained pretrial, and on the fact that he committed the second offense while on

pretrial release for the first offense. The district court conducted a well-reasoned

and balanced analysis of the 18 U.S.C. § 3553(a) sentencing factors, and the

sentence imposed is substantively reasonable. *United States v. Carty*, 520 F.3d

984, 991-93 (9th Cir. 2008) (en banc).

Counsel's motion to withdraw is denied.

**AFFIRMED.**